IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EASY PROPERTIES, LLC, <br> a domestic limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> USAA GENERAL INDEMNITY <br> COMPANY, a foreign insurance <br> corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 17-CV-314 RAW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Easy Properties, LLC and Defendant USAA General Indemnity Company, hereby stipulate to the dismissal of the above entitled action without prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

Respectfully submitted,


*s/ Michael D. Parks*
Michael D. Parks, OBA # 6904
10 East Washington
PO Box 3220
McAlester, OK  74502
(918) 426-1818; (918) 426-1836 fax

Attorney for Plaintiff
Easy Properties, LLC

and

*s/ Jodi W. Dishman*
Jodi W. Dishman, OBA # 20677
McAfee & Taft A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK  73102
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439
E-mail:          jodi.dishman@mcafeetaft.com

William S. Leach, OBA # 14892
Jessica L. Dickerson, OBA # 21500
McAfee & Taft, a Professional Corporation
Two West 2nd Street, Suite 1100
Williams Tower II
Tulsa OK 74103
Telephone: (918) 587-0000
Facsimile:   (918) 599-9317
E-mail:  bill.leach@mcafeetaft.com
            jessica.dickerson@mcafeetaft.com

Attorneys for Defendant
USAA General Indemnity Company